

**Filed: March 25, 2021**

**1:21-cr-00161**
**Judge Raymond J. Dearie**

March 25, 2021

MEMORANDUM
TO MARC BROWN
Administrative Supervisor
U.S. Clerk's Office
Eastern District of New York

RE: JONES, Troy
DOCKET #: 2:15CR10-002
<u>REQUEST FOR JUDICIAL ASSIGNMENT</u>

Reference is made to the above-captioned defendant who was sentenced on January 10, 2017 to ninety-six (96) months imprisonment followed by a five (5) year term of supervised release, and a $100 special assessment fee by the Honorable D. Brock Hornby, U.S. District Judge in the District of Maine. The following special conditions were also ordered: 1) workforce development and if not employed, up to 20 hours of community service per week; 2) drug treatment and testing; 3) search condition; and, 4) compliance with the Computer and Internet Monitoring Program (CIMP). This sentence followed Mr. Jones' conviction of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances Including a Mixture or Substance Containing Cocaine and 28 Grams or More of a Mixture or Substance Containing Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846, a Class B Felony.

On November 25, 2020, Mr. Jones commenced his term of supervised release in the Eastern District of New York given his residence in Queens, New York. On March 25, 2021, the District of Maine executed the attached Probation Form 22, authorizing a Transfer of Jurisdiction to the Eastern District of New York. As such, we are respectfully requesting that Mr. Jones' case be assigned to a U.S. District Judge in our district.

Should you have any questions or require additional information, please contact the undersigned officer at (347) 534-3453.

RESPECTFULLY SUBMITTED:

ROBERT L. CAPERS
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _Julia Beltre_ (Digitally signed by Julia Beltre, Date: 2021.03.25 11:50:54 -04'00')

Julia F. Beltre
U.S. Probation Officer

APPROVED BY: _____

Rca

Digitally signed by Rca
Date: 2021.03.25
11:46:27 -04'00'

Richard C. Azarian
Supervising U.S. Probation Officer